B. W. EDWARDS, Administrator of the Estate of W. J. Edwards, Deceased, and B. W. Edwards, Secretary and Treasurer of the Farmers' Mutual Fire Insurance Company of Greene County, Appellant, v. Frank F. FAGAN, Receiver of National Bank of Snow Hill, Appellee.

No. 3614.

Circuit Court of Appeals, Fourth Circuit.

April 10, 1934.

L. I. Moore, of New Bern, N. C., for appellant.

K. A. Pittman, of Snow Hill, N. C., for appellee.

PER CURIAM.

Judgment of District Court affirmed, with costs. Judgment filed.

In the Matter of ENGLISH TIRE CO., Inc., Bankrupt. Banet Epstein, Appellant, Arnold M. Schmidt, as Trustee in Bankruptcy of English Tire Co., Inc., Appellee.

No. 414.

Circuit Court of Appeals, Second Circuit.

May 7, 1934.

Nathan Hendon, of New York City (Harold M. Kennedy, of Brooklyn, N. Y., of counsel), for appellant.

Furst, Schwartz & Schwager, of Brooklyn, N. Y. (Julius Schwartz and H. Sidney Landau, both of Brooklyn, N. Y., and Hamilton Lieb, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

FOX RIVER PAPER CO. v. COMMISSIONER OF INTERNAL REVENUE.

No. 5241.

Circuit Court of Appeals, Seventh Circuit.

May 14, 1934.

A. E. James, of Washington, D. C., for petitioner.

Robert H. Jackson and W. Frank Gibbs, both of Washington, D. C., for respondent.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, it is ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered in this cause on October 18, 1933, be, and the same is hereby, dismissed.